IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No.:18-10080 -STA |
| | * | |
| WHITNEY D. HENDRIX, | * | |
| Defendant. | * | |
| | * | |

---

ORDER AND NOTICE OF SETTING

---

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, there being no objection filed by the Assistant United States Attorney, and for good cause shown, that this motion is well taken and is therefore, GRANTED.

The change of plea hearing in this matter shall be set for: **MONDAY, JANUARY 14, 2019 at 9:15 a.m.**

IT IS SO ORDERED, this the 3rd day of January, 2019.

                                                   s/S. Thomas Anderson
                                                 HONORABLE S. THOMAS ANDERSON
                                                 CHIEF U.S. DISTRICT JUDGE