# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10080-STA |
| WHITNEY D. HENDRIX, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on January 14, 2019, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Whitney D. Hendrix, appearing in person, and with counsel, LaRonda Martin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, APRIL 16, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 14th day of January, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT